IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McDonald, Archie B

Printed: 4/22/08

Case Number: 06 B 05710
Judge: Wedoff, Eugene R
Filed: 5/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 6, 2008
Confirmed: August 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,740.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 8,096.64 |
| Administrative: |  | 2,100.00 |
| Trustee Fee: |  | 543.36 |
| Other Funds: |  | 0.00 |
| Totals: | 10,740.00 | 10,740.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel M Moulton | Administrative | 2,100.00 | 2,100.00 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 27,474.74 | 8,096.64 |
| 5. | Asset Acceptance | Unsecured | 3,090.33 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 2,361.02 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 3,638.89 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 966.21 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 794.48 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 11. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Credit First | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | St James Hospital | Unsecured |  | No Claim Filed |
| 16. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 17. | Chase | Unsecured |  | No Claim Filed |
| 18. | Carson's Pa Bergner | Unsecured |  | No Claim Filed |
| 19. | CB USA | Unsecured |  | No Claim Filed |
| 20. | McDonald, Rosie | Unsecured |  | No Claim Filed |
|  |  |  | $ 40,425.67 | $ 10,196.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 99.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McDonald, Archie B

Printed: 4/22/08

Case Number: 06 B 05710
Judge: Wedoff, Eugene R
Filed: 5/18/06

|  |  |
|---|---|
| 4.8% | 228.96 |
| 5.4% | 214.65 |
|  | _____ |
|  | $ 543.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____